

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2019

No. 04-18-00793-CR

The **STATE** of Texas,
Appellant

v.

Anthony Otis **STRAIT,**
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 10177CR
Honorable Spencer W. Brown, Judge Presiding

# O R D E R

    The State's Motion Relating to Case Records and to Findings of Fact and Conclusions of Law is hereby DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court